NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

APR 2 2024

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

BARBARA STUART ROBINSON,

Plaintiff-Appellant,

v.

CITY OF PHOENIX,

Defendant-Appellee.

No. 23-15269

D.C. No. 2:22-cv-00651-JFM

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Arizona
James F. Metcalf, Magistrate Judge, Presiding[**]

Submitted March 26, 2024[***]

Before:    TASHIMA, SILVERMAN, and KOH, Circuit Judges.

Barbara Stuart Robinson appeals pro se from the district court's summary

judgment in her 42 U.S.C. § 1983 action alleging procedural due process and state

law claims arising out of an injury that occurred on city property.  We have

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The parties consented to proceed before a magistrate judge.  *See* 28 U.S.C. § 636(c).

[***]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

jurisdiction under 28 U.S.C. § 1291.  We review de novo.  *Wallis v. Princess Cruises, Inc.*, 306 F.3d 827, 832 (9th Cir. 2002).  We affirm.

The district court properly granted summary judgment because Robinson failed to raise a genuine dispute of material fact as to whether the City deprived her of any right secured by federal law without due process.  *See Mathews v. Eldridge*, 424 U.S. 319, 335 (1976) (setting forth requirements for procedural due process); *see also Daniels v. Williams*, 474 U.S. 327, 328 (1986) ("We conclude that the Due Process Clause is simply not implicated by a negligent act of an official causing unintended loss of or injury to life, liberty, or property.").

**AFFIRMED.**